**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL ACTION NO. H-17-119 |
| | § § § | |
| OLALEKAN OLANIYA SHOWOLE RASHEED AKINSANYA | § § | |

# O R D E R

Defendant Rasheed Akinsanya filed a motion for continuance, (Docket Entry No. 21). The government and the codefendant are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 31, 2017 |
| Responses are to be filed by: | August 7, 2017 |
| Pretrial conference is reset to**:** | **August 14, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 21, 2017 at 9:00 a.m.** |

SIGNED on April 18, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge