**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-119 |
| | § | |
| OLALEKAN OLANIYA SHOWOLE<br>RASHEED AKINSANYA | § | |

**O R D E R**

Defendant Rasheed Akinsanya filed a motion for continuance, (Docket Entry No. 25). The government and the codefendant are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | October 30, 2017 |
| Responses are to be filed by: | November 13, 2017 |
| Pretrial conference is reset to**:** | **November 20, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **November 27, 2017 at 9:00 a.m.** |

SIGNED on August 10, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge